# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

February 11, 2016

To All Attorneys of Record

    Re:    *Carr v. State Farm Mutual Automobile Ins. Co.*, Case No. 3:15-CV-1026-M

Dear Counsel:

    It has come to the Court's attention that the above-entitled case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by February 25, 2016.

                        Very truly yours,

                        Barbara M.G. Lynn

BMGL/jlf