IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM ORAN CARR;<br>    *Plaintiff,* | § § § | |
| VS. | § § | C. A. NO. 3:15-cv-01026-M<br>Jury |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>    *Defendant* | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, William Oran Carr, and Defendant, State Farm Mutual Automobile Insurance Company (State Farm), file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff and State Farm hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and expenses.

## PRAYER

Plaintiff and State Farm respectfully request that this Court issue an order dismissing this case, with prejudice, and with each party to bear its own costs and expenses, and that this Court grant such other and further relief, at law or in equity, to which Plaintiff and State Farm may show themselves justly entitled.

Respectfully submitted,

By ___*/s/Kathleen Crouch*_____
    Kathleen Crouch
    State Bar No. 05144310
    Federal ID No. 10835
    Nistico, Crouch & Kessler, P.C.
    4008 Gateway, Suite 120
    Colleyville, Texas  76034

Telephone: (817) 858-0362
Telecopier: (214) 722-0744
Email: kcrouch@nck-law.com
**Counsel for Defendant**
**State Farm Mutual**
**Automobile Insurance Company**

By _/s/ Kristofor S. Heald_
Kristofor S. Heald
State Bar No. 24058770
Eberstein & Witherite, LLP
500 E. 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 263-4466
Facsimile: (817) 263-4477
Email: KHeald@ewlawyers.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by FED.R.CIV.P. 5(b)(2) on this _____ day of February, 2016, as indicated below:

Kristofor S. Heald
Eberstein & Witherite, LLP
500 E. 4th Street, Suite 200
Fort Worth, Texas 76102
**VIA FACSIMILE: (817) 263-4477 &**
**CERTIFIED MAIL/RRR #_____**

_/s/Kathleen Crouch_
Kathleen Crouch

Telephone: (817) 858-0362
Telecopier: (214) 722-0744
Email: kcrouch@nck-law.com
**Counsel for Defendant**
**State Farm Mutual**
**Automobile Insurance Company**

By _____
Kristofor S. Heald
State Bar No. 24058770
Eberstein & Witherite, LLP
500 E. 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 263-4466
Facsimile: (817) 263-4477
Email: KHeald@ewlawyers.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

     I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by FED.R.CIV.P. 5(b)(2) on this 25th day of February, 2016, as indicated below:

Kristofor S. Heald
Eberstein & Witherite, LLP
500 E. 4th Street, Suite 200
Fort Worth, Texas 76102
**VIA FACSIMILE: (817) 263-4477 &**
**CERTIFIED MAIL/RRR #7015 1520 0003 3801 9665**

          */s/Kathleen Crouch*_____
          Kathleen Crouch